Live Stock National Bank of Chicago, Administrator of Estate of Ignazio Migliorisi, Appellee, v. Guy A. Richardson, Receiver et al., Appellants.

Gen. No. 40,963.

Heard in third division, first district, this court at October term, 1939; opinion filed April 10, 1940. Frank L. Kriete, Charles E. Green and Arthur J. Donovan, for appellants; John R. Guilliams, of counsel; V. Russell Donaghy, for appellee; David A. Schallman, of counsel. Opinion by JUSTICE BURKE. "Not to be published in full."